UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: REBECCA A. JORDAN )  Bankruptcy Case No.
SSN XXX-XX-3802 )  14-82425-JAC-13
)
)
)
Debtor(s) )

## OBJECTION TO PROOF OF CLAIM
## AND NOTICE OF OPPORTUNITY FOR HEARING

COMES NOW **Rebecca A. Jordan** the Debtor(s), and objects to the Claim number 3 of United Consumer Financial Services filed on October 2, 2014 in the amount of $572.00. The grounds alleged for the Objection are the debtor(s) has surrendered the Kirby Cleaning System to the creditor.

Wherefore, Debtor(s) moves this Court to disallow the unpaid balance of United Consumer Financial Services' claim and that claimant be granted 60 days to leave to file a deficiency claim.

NO HEARING WILL BE CONDUCTED ON THIS OBJECTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT AND A COPY SERVED ON THE PARTY FILING THIS OBJECTION AND THE CHAPTER 13 STANDING TRUSTEE WITHIN 30 DAYS FROM DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR A HEARING. IF NO RESPONSE IS TIMELY SERVED AND FILED, THE OBJECTION TO PROOF OF CLAIM AS TO SURRENDER SHALL BE DEEMED UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, IT WILL BE SET FOR A HEARING BEFORE THE JUDGE ON NOVEMBER 3, 2014, AT 9:00 a.m. AT THE FEDERAL BUILDING LOCATED AT 210 SEMINARY STREET, 2ND FLOOR, FLORENCE, AL 35630.

Respectfully submitted,

**/s/ B. Grant McNutt**
B. Grant McNutt
Attorney for Debtor(s)
Bond, Botes, Sykstus,
Tanner & McNutt, P.C.
Ste 314
102 South Court Street
Florence, AL 35630
(256) 760-1010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon the following by depositing copies of this objection in the United States mail, properly addressed and postage prepaid, on this the 3rd Day of October, 2014.

**Michael Ford, Trustee**
**PO Box 2388**
**Decatur, AL 35602**

**United Consumer Financial Services**
**c/o Rita Torres**
**Bass & Associates**
**Claim Signatory**
**3936 E Ft. Lowell Suite 200**
**Tucson, AZ 85712**

**No Registered Agent as of October 3, 2014**

/s/ B. Grant McNutt
B. Grant McNutt